*Mr. Samuel Doan* and *Mr. Archibald Kreiger* for the petitioner.

*Messrs. Emory, Langan & Lamb* for the respondent.

January 17, 1955.   Granted.

VIRGIL GIBILTERRA, PLAINTIFF-RESPONDENT, v. UNITED CONSTRUCTION CO., INC., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 32 *N. J. Super.* 315.

*Messrs. Shaw, Hughes & Pindar* and *Mr. William T. McElroy* for the petitioners.

*Mr. Samuel Doan* and *Mr. Archibald Kreiger* for the respondent.

January 17, 1955.   Granted.